FILED
July 22, 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS BY
J.A.
_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>V.<br><br>DUSTIN LACY,<br><br>　　　　Defendant. | CRIMINAL NO.　MO:20-CR-146-01-DC<br>**INDICTMENT**<br><br>[Vio: 18 U.S.C. §§ 922(g)<br>Felon in Possession of a Ammunition] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. § 922(g)]

That on or about March 4, 2020, in the Western District of Texas, the Defendant

**DUSTIN LACY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a ammunition, to wit: twenty (20) .45 caliber Hornady Luger ammunition, and the ammunition was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

*[signature]*
MONICA L. DANIELS
Assistant United States Attorney